CARAWAY v. STATE. (No. 4853.)

(Court of Criminal Appeals of Texas. Jan. 23, 1918.)

CRIMINAL LAW ⇐1182—APPEAL—RECORD.

Where proceedings seem from the transcript to have been regular, and there is no bill of exceptions or statement of facts, the judgment of conviction will be affirmed.

Appeal from District Court, Shelby County; Daniel Walker, Judge.

Charles Caraway was convicted of violating the local option law, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This record is before us on appeal from a conviction for violating the local option law. The proceedings seem to have been regular, so far as the transcript discloses.

There being no bill of exceptions or statement of facts to bring in review the rulings of the trial court, the judgment will be affirmed.